## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CLEAN WATER ACTION,

                              Plaintiff,

v.                                                              C.A. No. 1:16-cv-10457-JGD

J.P. ROUTHIER AND SONS
RECYCLING CORPORATION,

                              Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Paragraph 6 of the Consent Decree (ECF No. 16), the parties stipulate and

agree to the dismissal of all counts of the plaintiff's Complaint, with prejudice, without costs

(other than those provided for in the Consent Decree), and with all rights of appeal waived.

                              Respectfully submitted,

                              CLEAN WATER ACTION
                              By its attorney,

                               /s/ Nora J. Chorover
                              Nora J. Chorover (BBO# 547352)
                              Law Office of Nora J. Chorover
                              11 Green Street
                              Boston, MA 02130
                              (617) 477-3550
                              nchorover@choroverlaw.com

                              J.P. ROUTHIER AND SONS
                              RECYCLING CORP.
                              By its attorney,

                               /s/ Marc J. Goldstein
                              Marc J. Goldstein (BBO# 636228)
                              BEVERIDGE & DIAMOND, P.C.
                              15 Walnut Street, Suite 400
                              Wellesley, MA 02481
                              (781) 416-5700
August 29, 2016               mgoldstein@bdlaw.com

2

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation of Dismissal with Prejudice was served via the Court's ECF system on those parties listed to receive such notice on August 29, 2016.

    /s/ Marc J. Goldstein

2